# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MARY KAY DUFFIE,<br><br>        Debtor,<br>        Appellant,<br><br>vs.<br><br>STEVE GOTCHER AND SHARON GOTCHER,<br><br>        Appellees. | Case No. CV-15-034-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: The United States Bankruptcy Court for the District of Montana's Memorandum of Decision on June 3, 2015 is AFFIRMED.

Dated this 4th day of December, 2017.

                      TYLER P. GILMAN, CLERK

                      By: /s/ Erica Larson
                      Erica Larson, Deputy Clerk